UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -    18-cr-662 (JGK)

MICHAEL JONES,    ORDER

              Defendant.

---

JOHN G. KOELTL, District Judge:

The defendant has filed post-verdict motions pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure. The Government may respond to the motions by **December 16, 2019.** The defendant may reply by **December 30, 2019.**

SO ORDERED.

Dated:    New York, New York
           November 27, 2019

                                              John G. Koeltl
                                          United States District Judge