UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

— against —

MICHAEL JONES,

Defendant.

18-cr-662 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The defendant has filed post-verdict motions pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure. The Government may respond to the motions by **December 16, 2019**. The defendant may reply by **December 30, 2019**.

SO ORDERED.

Dated: New York, New York
November 2⁷, 2019

John G. Koeltl
United States District Judge