UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -                  18-cr-662 (JGK)

MICHAEL JONES,                  ORDER

    Defendant.

---

JOHN G. KOELTL, District Judge:

The Court has received the attached victim impact letter. As ordered on December 9, 2019 (Dkt. No. 140), the parties should assure that any sentencing letters to the Court are submitted through counsel and not directly to the Court.

SO ORDERED.

Dated:    New York, New York
           December 18, 2019

                                        John G. Koeltl
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12.18.19

**From:** Darryl Schaeffer &lt;dscamera@aol.com&gt;
**To:** dscamera &lt;dscamera@aol.com&gt;
**Date:** Wed, Dec 11, 2019 9:59 am

---

Judge John G. Koeltl
Courtroom 14A
500 Pearl Street
New York, New York 10007

c/o:    Daniel Wolf, Esq.
        United States Attorney's Office
        1 St. Andrew's Plaza
        New York, New York 10007

Re: <u>United States of America v. Michael Jones;</u>
<u>Case No. 1:18-cr-662-JGK;</u>
<u>Victim Letter re Sentencing</u>



Judge John G. Koeltl Courtroom 14A 500 Pearl Street New York, New York 10007

Re: United States of America v. Michael Jones; Case No. 1:18-cr-662-JGK;

Victim Letter re Sentencing.

Dear Judge Koeltl,

Thank you for taking the time to read my recollections about a beautiful soul who was taken from friends and family all to early.
Diana Haikova (Arnott) was a wonderful, full of life young woman. My wife and I have known her and her mother since she was
about 8 years old. Her passing at 29 is just so hard to believe and the world is really a much poorer place without her infectious smile, laughter and kindness.

Too know her was to love her. Her family is as warm and gracious as you will ever know and this tragedy has left a hole in their hearts and in the hearts of all who knew her.
Just to be around her would make you smile. My wife giving her cooking lessons comes to mind as I remember the smell of pasta wafting from the kitchen
as Diana and my wife were making dinner for the family. It is just so hard to believe Diana is gone.

I am at a loss after learning details of the trial about how it is possible that Mr. Jones could be released with what I consider a slap on the wrist? What has
our judicial system become if there are no real consequences for his actions that has caused this unspeakable tragedy?

Mr. Jones being unleashed on the public to continue dealing in these terrible and very deadly drugs will surely add to the long list of bodies
piling up as dealers continue to give an unsuspecting party what may seem like something much less powerful than it really is.

I have never done drugs, and now at 68 I am sure I will never be tempted to start, but I feel for the youth who sometimes through foolishness rely on the word of a pusher
that, "give this a try it won't kill you", will end up taking the life of a loved one close to me or maybe even to you.

My good friends Rob and Marina deserve to know that justice is fair in this case. They need to feel the system worked to get some closure. Please do the right thing and get the
dealer off the street so others will not end up in the same position, lying flat on their back in the morgue.

Regards, Darryl Schaeffer