**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-8-2020

**UNITED STATES OF AMERICA**

- against -

**MICHAEL JONES,**

   **Defendant.**

**18-cr-662 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear for oral argument on the motions for judgment of acquittal and new trial on **January 15, 2020 at 11 A.M.**

**SO ORDERED.**

**Dated:** New York, New York
January 7, 2020

John G. Koeltl
**United States District Judge**