# JUSTIN C. BONUS, ESQ.

## ATTORNEY AT LAW

JUSTIN C. BONUS, ESQ.
JUSTIN.BONUS@GMAIL.COM

118-35 QUEENS BOULEVARD, SUITE 400
FOREST HILLS, NY 11375

TEL. (347) 920-0160
FAX: (888) 237-8686

January 16, 2020

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse – Room 14A
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _1-16-2020_

Via: ECF

**Re:** 1:18-cr-00662-JGK USA v. Jones
**Subj.: Request for an Extension to file Sentencing Memorandum**

Dear Honorable Koeltl:

    This office represents Michael Jones, who is the Defendant in the above-referenced action. In light of yesterday's oral argument and the Court's decision to reserve its finding on Mr. Jones' Rule 29/Rule 33 motion, we respectfully request an extension from tomorrow's deadline to file Mr. Jones' sentencing memorandum.

    Additionally, we request direction with regard to how the Court would prefer Mr. Jones' to file his letters of support – would the Court like one filing with the letters all together or each letter separately. At this point, the submission is voluminous – there appears to be over 50 letters.

    I appreciate the Court's consideration.

Respectfully Submitted,

JUSTIN BONUS, ESQ.

/s/Justin Bonus
Justin Bonus, Esq.

Via ECF
Matthew Hellman
Daniel Wolf
Assistant United States Attorneys
United States Attorney's Office
Southern District of New York
One Saint Andrew's Plaza
New York, New York 10007

*1. Sentence adjourned to 2/10/20 at 10³⁰ A.M.*

*2. Defense submission due 1/27/20. Defendant should submit all papers -- including all letters -- on that date.*

*3. Government submission due 1/31/20.*

*So ordered.*

*GK elt*

*1/16/20*

*U.S.D.J.*