**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————————

**UNITED STATES OF AMERICA,**

         - against -

**MICHAEL JONES,**

         **Defendant.**
————————————————————————

**18-cr-662 (JGK)**

<u>**ORDER**</u>

**JOHN G. KOELTL, District Judge:**

In view of this Court's Order granting a Rule 29 judgment of acquittal on Count 1, the Probation Department is requested to prepare promptly a revised Pre-Sentence Report.

**SO ORDERED.**

**Dated:**     **New York, New York**
              **January 23, 2020**          ____/s/ John G. Koeltl_____
                                                       **John G. Koeltl**
                                         **United States District Judge**