# JUSTIN C. BONUS, ESQ.
## ATTORNEY AT LAW

JUSTIN C. BONUS, ESQ.  
JUSTIN.BONUS@GMAIL.COM

118-35 QUEENS BOULEVARD, SUITE 400  
FOREST HILLS, NY 11375

TEL. (347) 920-0160  
FAX: (888) 237-8686

January 27, 2020

Hon. John G. Koeltl  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse – Room 14A  
500 Pearl St.  
New York, NY 10007-1312

Via ECR & Fax (212) 805-7912

**Re:** 1:18-cr-00662-JGK USA v. Jones  
**Subj.:** Request for Extension to File

Dear Honorable Koeltl:

As you know, this office represents Michael Jones in the above-captioned matter. Based upon the Court's decision to vacate Mr. Jones' conviction and the Probation Department's pending updated PSR, Mr. Jones respectfully requests an extension to file his sentencing memorandum.

I appreciate your consideration in this matter.

Sincerely,

JUSTIN BONUS, ESQ.

_/s/ Justin Bonus_  
Justin Bonus, Esq.

VIA ECF & EMAIL  
Daniel Wolf  
Matthew Hellman  
Assistant United States Attorney  
United States Attorney's Office  
Southern District of New York  
One Saint Andrew's Plaza  
New York, New York 10007

---

*Handwritten annotations by the Court:*

1. Defense submission due 1/24.
2. Government submission due 1/31.
3. The Court appreciates that deadlines may need to be adjourned depending on the timing of the revised Pre-Sentence Report by the Court; requests that the Probation Department expedite production of that report if possible. So Ordered.

/s/ JGK/Koeltl  
USDJ  
1/27/20