```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

     -v.-                         :

MICHAEL JONES,                    :

              Defendant.          :

- - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/21/20

ORDER

18 Cr. 662 (JGK)

WHEREAS, the Court issued a decision in the above-referenced matter on January 22, 2020, entered on the same date at Docket No. 151;

WHEREAS, the United States of America, by and through Geoffrey S. Berman, United States Attorney, Daniel H. Wolf, of counsel, has requested an extension of the 30-day deadline within which to file a Notice of Appeal of that decision as required by Federal Rule of Appellate Procedure 4(b)(1)(B)(i) and 18 U.S.C. § 3731;

WHEREAS, Federal Rule of Appellate Procedure 4(b)(4) provides that "[u]pon a finding of excusable neglect or good cause, the district court may - before or after the time has expired, with or without motion and notice - extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b)";

WHEREAS, the Government requests the extension to

enable the Solicitor General to review the Court's decision and determine whether to appeal the decision;

WHEREAS, the Court finds that the Government has demonstrated good cause to extend the time to file a notice of appeal for 30 days;

IT IS HEREBY ORDERED that the Government's deadline to file a notice of appeal is extended by 30 days, until and including March 23, 2020.

Dated: New York, New York
       February 20, 2020

_____
THE HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE